**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1805**
**PITTSBURGH, PA  15230**
WWW PAWD USCOURTS GOV

ROBERT V BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date  March 3, 2003

MAIL

MAR 1 0 2003

AT SEATTLE
CLERK U S  DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Clerk, U S  District Court
Western District of Washington
215 William Kenzo Nakamura U S  Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

03-CV-445

IN RE  <u>TIMOTHY WRIGHT v  BAYER CORP</u>
WESTERN DISTRICT OF PA NO <u>2 02-cv-1840</u>
<u>WESTERN</u> District of <u>WASHINGTON</u> No _____
MDL # <u>1407</u>   TITLED  <u>Phenylpropanolamine (PPA) Products Liability Litigation</u>

Dear Clerk

        Enclosed herewith please find the original record, together with a certified copy of docket
entries in the above entitled case, which has been transferred to your district pursuant to a
**Certified Copy of Order from Judicial Panel on Multidistrict Litigation**

        Kindly acknowledge receipt for this record on the copy of this letter provided     Done-Pat

                        Very truly yours,

                        ROBERT V  BARTH, JR
                        CLERK OF COURT

                By      Timothy Tarby
                        Deputy Clerk

cc  Judicial Panel on
    Multidistrict Litigation
    One Columbus Circle, N E
    TMSJB, Room G-255
    North Lobby
    Washington, DC  20002-8004

    Counsel of record

CV 03-445  #7

```
                                                    TERMED JRYDMD
                    U.S. District Court
       U.S. District Court -- Western Washington (Seattle)

            CIVIL DOCKET FOR CASE #  03-CV-445

Wright v. Bayer Corporation                      Filed  03/10/03
Assigned to: Judge Barbara J. Rothstein    Jury demand  Both
Demand  $0,000                             Nature of Suit·  365
Lead Docket: None                          Jurisdiction  Diversity
Dkt # in W Dist of PA : is 2:02-cv-1840

Cause: 28:1332 Diversity-Product Liability


TIMOTHY WRIGHT                    H Blair Hahn
     plaintiff                   [COR LD NTC]
                                 RICHARDSON PATRICK WESTBROOK &
                                 BRICKMAN LLC
                                 PO BOX 1007
                                 MT PLEASANT, SC 29465
                                 843-727-6500

                                 Alan T Silko
                                 [COR LD NTC]
                                 BROWN & LEVICOFF
                                 707 GRANT STREET
                                 600 GULF TOWER
                                 PITTSBURGH, PA 15219
                                 (412) 434-5200

                                 Thomas P Gressette, Jr
                                 [COR LD NTC]
                                 RICHARDSON PATRICK WESTBROOK &
                                 BRICKMAN
                                 174 EAST BAY STREET
                                 CHARLESTON, SC 29401


     v.


BAYER CORPORATION                Mark A Willard
     defendant                   [COR LD NTC]
                                 C Arthur Wilson
                                 [COR LD NTC]
                                 ECKERT SEAMANS CHERIN & MELLOTT
                                 600 GRANT STREET
                                 44TH FLOOR
                                 PITTSBURGH, PA 15219
                                 (415) 566-6000


Docket as of June 18, 2003 9 11 am              Page 1
```

Proceedings include all events                                    TERMED
2 03cv445 Wright v. Bayer Corporation
                                                                          JRYDMD

3/10/03   7      TRANSMITTAL OF DOCUMENTS   from the Western District of
                 Pennsylvania (Pittsburgh)  per MDL Order (CTO-25) effective
                 2/10/03 re: MDL 1407 (PPA)   W Dist of PA civil case no
                 2:02-cv-1840  (pm) [Entry date 04/10/03]

3/10/03   --     ENT- The Clerk will maintain a master docket and case file
                 under the style PPA cases   all orders, pleadings, motions,
                 and other documents will, when filed and docketed in the
                 Master Case file, be deemed filed and docketed in each
                 individual case to the extent possible. (tg)
                 [Entry date 05/01/03]

3/11/03   8      ANSWER to by defendant Bayer Corporation, jury demand (vb)
                 [Entry date 04/10/03]

CLOSED

U.S. District Court
Western District of Pennsylvania (Pittsburgh)

CIVIL DOCKET FOR CASE # 02-CV-1840

WRIGHT v BAYER CORPORATION                          Filed: 10/29/02
Assigned to: Chief Judge Donetta W. Ambrose   Jury demand: Plaintiff
Demand: $75,000                               Nature of Suit: 365
Lead Docket  None                             Jurisdiction: Diversity
Dkt # in MDL : is 1407

Cause  28:1332 Diversity-Product Liability


TIMOTHY WRIGHT                    Alan T. Silko
       plaintiff                 [COR LD NTC]
                                 Brown & Levicoff
                                 707 Grant Street
                                 600 Gulf Tower
                                 Pittsburgh, PA 15219
                                 (412) 434-5200

                                 H  Blair Hahn, Esq.
                                 [COR LD NTC]
                                 Thomas P. Gressette, Jr.
                                 [COR LD NTC]
                                 Richardson, Patrick, Westbrook
                                 & Brickman
                                 174 East Bay Street
                                 Charleston, SC 29401


    v


BAYER CORPORATION                Mark A. Willard
       defendant                 566-6171
                                 [COR LD NTC]
                                 C. Arthur Wilson
                                 566-6035
                                 [COR LD NTC]
                                 Eckert, Seamans, Cherin &
                                 Mellott
                                 600 Grant Street
                                 44th Floor
                                 Pittsburgh, PA 15219
                                 (412) 566-6000

Proceedings include all events.
2:02cv1840 WRIGHT v. BAYER CORPORATION                          CLOSED

| | | |
|---|---|---|
| 10/29/02 | 1 | COMPLAINT with jury demand , Filing Fee $ 150.00 Receipt # 03000527 (tt) [Entry date 10/29/02] |
| 1/31/03 | 2 | WAIVER OF SERVICE Returned Executed as to BAYER CORPORATION on 11/25/02 Answer due on 1/24/03 for BAYER CORPORATION (tt) [Entry date 02/03/03] |
| 1/31/03 | 3 | NOTICE of Attorney Appearance for BAYER CORPORATION  by C Arthur Wilson (tt) [Entry date 02/03/03] |
| 2/7/03 | 4 | Stipulation by TIMOTHY WRIGHT, BAYER CORPORATION Extending Time for deft to answer until 3/11/03  (tt) [Entry date 02/10/03] |
| 2/7/03 | -- | Deadline updated,  reset Answer deadline to 3/11/03 for BAYER CORPORATION (tt) [Entry date 02/10/03] |
| 2/14/03 | 5 | CONDITIONAL TRANSFER ORDER received from the Judicial Panel on Multidistrict Litigation. (tt) [Entry date 02/19/03] |
| 2/27/03 | 6 | CERTIFIED COPY of conditional transfer order received from Western District of Washington  (tt) [Entry date 02/27/03] |
| 2/27/03 | -- | Case Transferred to the U.S. District Court for the Western District of Washington (tt) [Entry date 02/27/03] |
| 2/27/03 | -- | Case closed (tt) [Entry date 02/27/03] |
| 2/27/03 | -- | ORIGINAL RECORD and certified copy of docket entries mailed to the U S. District Court for the Western District of Washington  (tt) [Entry date 02/27/03] |

CERTIFIED FROM THE RECORD
Date FEB, 27, 2003
ROBERT V BARTH, JR. CLERK
By _____
                    Deputy Clerk

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F Keenan
United States District Court
Southern District of New York

Judge Bruce M Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D Lowell Jensen
United States District Court
Northern District of California

Judge J Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax.         [202] 502-2888

http://www.jpml.uscourts gov

February 10, 2003

Bruce Rifkin, Clerk
215 William Kenzo Nakamura U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

FILED
LODGED
RECEIVED

FEB 14 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Re:  MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-25)

Dear Mr. Rifkin:

CA 02-1840

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on January 23, 2003. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so.  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office
ATTEST  BRUCE RIFKIN
Clerk, U S District Court
Western District of Washington

By _Valerie Barksdale_
                Deputy Clerk

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
                Deputy Clerk

Attachments

cc:   Transferee Judge:      Judge Barbara Jacobs Rothstein
       Transferor Judges:    (See Attached List of Judges)
       Transferor Clerks:     (See Attached List of Clerks)

JPML Form 38

Case 2:03-cv-00445-BJR    Document 7    Filed 03/10/03    Page 7 of 43

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2003

FILED
CLERK'S OFFICE

**DOCKET NO. 1407**

A CERTIFIED TRUE COPY

FEB 10 2003

FOR THE JUDICIAL PANEL of
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-25)**

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U S.C. § 1407. Since that time, 735 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U S C § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F Supp 2d 1377 (J P M L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington  The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel

FOR THE PANEL

Michael J. Beck

Michael J. Beck
Clerk of the Panel

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office
ATTEST  BRUCE RIFKIN
Clerk, U S District Court
Western District of Washington

By _____
Deputy Clerk

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 10 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-25 - TAG ALONG CASES
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT DIV CIVIL ACTION#

**ALABAMA MIDDLE**

| ALM | 2 | 02-1337 | William Eugene Moates v Bayer Corp , et al |
| ALM | 2 | 02-1352 | J T Porter v Bayer Corp , et al |

**ALABAMA NORTHERN**

| ALN | 1 | 02-2965 | Kelvin D Wynn v Wyeth |
| ALN | 1 | 02-2967 | Runtura Lana Powell v Bayer Corp , et al |
| ALN | 1 | 02-2969 | Judy Ann Porter v Bayer Corp , et al |
| ALN | 1 | 02-2970 | George Bruce Sparks v Bayer Corp , et al |
| ALN | 1 | 02-2972 | David L Peek v Wyeth, et al |
| ALN | 1 | 02-2990 | W J Turner v Novartis Consumer Health, Inc , et al |
| ALN | 2 | 02-2919 | Jimmie Perry v Whitehall-Robins Healthcare, et al |
| ALN | 2 | 02-2939 | Edgar Wright v Thompson Medical Co , Inc , et al |
| ALN | 2 | 02-2947 | Shawn G Mertens, et al v Wyeth, Inc |
| ALN | 2 | 02-2953 | Jeremy Fleming, et al v Bayer Corp , et al |
| ALN | 2 | 02-2968 | Ricky Allen Carter v Bayer Corp , et al |
| ALN | 2 | 02-2971 | Billy McCaskill, Sr v Novartis Consumer Health, Inc , et al |
| ALN | 2 | 02-2973 | Cornell Windsor, Jr v Bayer Corp., et al |
| ALN | 2 | 02-2974 | Becky D Gailor v Novartis Consumer Health, Inc , et al |
| ALN | 2 | 02-2975 | Pleaze Bennett, Jr , et al v Bayer Corp , et al |
| ALN | 2 | 02-2976 | Melissa Freeman v Pfizer, Inc , et al |
| ALN | 2 | 02-2977 | Larry Gordon v Novartis Consumer Health, Inc , et al |
| ALN | 2 | 02-2992 | Benjamin Birkenfeld, Jr v Bayer Corp , et al |
| ALN | 2 | 02-2993 | Willie Mae Moton v Bayer Corp , et al |
| ALN | 2 | 02-2994 | Tony Ray Lampkin v Bayer Corp , et al |
| ALN | 2 | 02-3007 | Linda J Evans v Smithkline Beecham Consumer Healthcare, LP, et al |
| ALN | 2 | 02-3014 | Frank Sidney Adaway v Bayer Corp , et al |
| ALN | 4 | 02-2991 | Annie Faye McClendon v Smithkline Beecham Consumer Healthcare, LP, et al |
| ALN | 6 | 02-2963 | Billie Joyce Crutcher v Bayer Corp , et al |
| ALN | 6 | 02-2964 | Sarah Lou McDaniel v Novartis Consumer Health, Inc , et al |
| ALN | 6 | 02-3018 | Charles Wayne Aderholt v Novartis Consumer Health, Inc , et al |
| ALN | 7 | 02-2944 | Jacqueline Dolores James v Bayer Corp , et al |
| ALN | 7 | 02-2962 | Roselynn Medders Pittman v Pfizer Inc , et al |

**ALABAMA SOUTHERN**

| ALS | 1 | 02-887 | Elizabeth Dolores Westbrook v Bayer Corp , et al |
| ALS | 1 | 02-891 | Joseph Franklin Johnson v Bayer Corp , et al |
| ALS | 1 | 02-896 | Vernell Taylor v The Delaco Co , et al |
| ALS | 1 | 02-897 | Donald Wayne Morrison v Bayer Corp , et al |
| ALS | 1 | 02-898 | Sharon M Greer v Bayer Corp , et al |
| ALS | 1 | 02-899 | Shirley Ann Williams v Wyeth, et al |
| ALS | 1 | 02-900 | Brenda Lee Marshall v Wyeth |
| ALS | 1 | 02-905 | Gwendolyn Vines v Wyeth, et al |
| ALS | 1 | 02-906 | Charles Edward Beckham v Novartis Consumer Health, Inc , et al |
| ALS | 1 | 02-908 | Ingrid Bartlett Scott v Bayer Corp , et al |
| ALS | 1 | 02-909 | Terese Hanna McCown v Wyeth, et al |
| ALS | 1 | 02-910 | Cindy Katrice Longmire v Novartis Consumer Health, Inc , et al |
| ALS | 1 | 02-911 | Janet Elaine Evans v Novartis Consumer Health, Inc , et al |
| ALS | 1 | 02-915 | Frederick Allen Johnson v Bayer Corp , et al |
| ALS | 1 | 02-916 | James Lee Davis v Bayer Corp , et al |
| ALS | 1 | 02-917 | Bernard Grant Holmes v Bayer Corp , et al |
| ALS | 1 | 02-918 | Frank Edward Grover v Bayer Corp , et al |
| ALS | 1 | 02-920 | John Lee Williams v Bayer Corp , et al |
| ALS | 1 | 02-921 | Kathleen Lashawn Banks v The Delaco Co , et al |
| ALS | 1 | 02-922 | McKinley Causey, Jr , v Bayer Corp , et al |

| DISTRICT | DIV | CIVIL ACTION# | |
|---|---|---|---|
| ALS | 1 | 02-923 | Duke... Dixie v GlaxoSmithKline Consumer Healthcare, L P , et al. |
| ALS | 1 | 02-924 | Albert Lewis Mosley v Bayer Corp , et al |
| ALS | 1 | 02-925 | Linda Gayle Stamey v Bayer Corp , et al |
| ALS | 1 | 02-927 | Shirley A Tolbert v Bayer Corp , et al |
| ALS | 1 | 02-928 | Gordon McCrae Lockett v. Bayer Corp , et al |
| ALS | 1 | 02-929 | Edna Glynne Johnson v Bayer Corp , et al |
| ALS | 1 | 02-934 | Penny S Howell v Bristol-Myers Squibb Co |
| ALS | 1 | 02-935 | Angela Michelle Lambeth v Chattem, Inc , et al |
| ALS | 1 | 02-936 | Kay M Banks v Bayer Corp , et al |
| ALS | 1 | 02-938 | Betty Jean Beckham v Bayer Corp , et al |
| ALS | 1 | 02-939 | John Davis Odom, Jr v Bayer Corp , et al |
| ALS | 1 | 02-940 | Thomas Jefferson Cunningham v Bayer Corp , et al |
| ALS | 1 | 02-941 | Susan Wallace v Novartis Consumer Health, Inc , et al |
| ALS | 1 | 02-942 | Rosie Marie Shoemack v Bayer Corp , et al |
| ALS | 1 | 02-943 | Maryellen Anderson Paulus v Novartis Consumer Health, Inc , et al |
| ALS | 1 | 02-951 | Michael Rowden v Wyeth, et al |

ARKANSAS EASTERN

| ARE | 2 | 02-184 | Deborah Borkowski, et al v Novartis Pharmaceuticals Corp , et al |
|---|---|---|---|
| ARE | 3 | 02-400 | David Sanders v GlaxoSmithKline, et al |

GEORGIA MIDDLE

| GAM | 5 | 02-446 | Joan D Lindsey v The Delaco Co , Inc , et al |
|---|---|---|---|

GEORGIA NORTHERN

| GAN | 1 | 02-3332 | Mikki Payton v Bayer Corp , et al |
|---|---|---|---|

LOUISIANA WESTERN

| LAW | 5 | 02-2561 | Betty Thomas Fuller, et al v Bayer Corp , et al |
|---|---|---|---|
| LAW | 5 | 02-2563 | Mary Ann Ford v Bayer Corp , et al |

MISSISSIPPI SOUTHERN

| MSS | 4 | 02-521 | Edna Russ, et al v Wyeth, et al |
|---|---|---|---|

NEW JERSEY

| NJ | 2 | 02-5140 | Medora Maanum, et al v Wyeth |
|---|---|---|---|
| NJ | 2 | 02-5141 | Eddie Maynard, et al v Novartis Consumer Health, Inc |
| NJ | 2 | 02-5142 | Royola McDaniel v Wyeth |
| NJ | 2 | 02-5145 | Christen Weathers v Wyeth |
| NJ | 2 | 02-5146 | Dennis Zavadil v Wyeth |
| NJ | 2 | 02-5247 | Deborah Booher, et al v Wyeth |
| NJ | 2 | 02-5248 | Frances Moore, et al v Wyeth |
| NJ | 2 | 02-5250 | Brian Hall, etc v Wyeth |
| NJ | 2 | 02-5251 | Thad Puden v Wyeth |
| NJ | 2 | 02-5253 | Jo Ann Robinson, et al v Wyeth |

NEW MEXICO

| NM | 1 | 02-1548 | Raymond Jones v Wyeth, Inc , et al |
|---|---|---|---|

NEVADA

| NV | 3 | 02-586 | Melissa Ewing, et al v Wyeth, et al |
|---|---|---|---|
| NV | 3 | 02-587 | Rebecca Pitts v Wyeth |

OHIO SOUTHERN

| OHS | 1 | 02-814 | Earl Rowland, et al v Proctor & Gamble |
|---|---|---|---|

PENNSYLVANIA EASTERN

| PAE | 2 | 02-8207 | Johnnie M Barnes, Jr v SmithKline Beecham Corp |
|---|---|---|---|

DISTRICT  DIV  CIVIL ACTION#

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| PAW | 2 | 02-1838 | Valerie Eddie v  Bayer Corp |
| PAW | 2 | 02-1839 | Daniel H. Graves v  Bayer Corp |
| PAW | 2 | 02-1840 | Timothy Wright v  Bayer Corp |
| PAW | 2 | 02-1841 | Delores Greene v  Bayer Corp |
| PAW | 2 | 02-1842 | Bernell McBride, III v  Bayer Corp |
| PAW | 2 | 02-1843 | Queen Richardson v  Bayer Corp |
| PAW | 2 | 02-1844 | Frank Anderson, et al  v  Bayer Corp |
| PAW | 2 | 02-1845 | Ophelia Curran, et al  v  Bayer Corp |
| PAW | 2 | 02-1846 | Beaulah Schabbling v  Bayer Corp |
| PAW | 2 | 02-1847 | Michael Stephens, et al  v  Bayer Corp |
| PAW | 2 | 02-1848 | Vera Davenport v  Bayer Corp |
| PAW | 2 | 02-1877 | Jane Knight, etc  v  Bayer Corp |
| PAW | 2 | 02-1880 | Richard Shifflett, et al  v  Bayer Corp , et al |
| ~~PAW~~ | ~~2~~ | ~~02-1881~~ | ~~Joseph Cappiello, et al  v  Bayer Corp~~ |
| PAW | 2 | 02-1882 | George Clark, et al  v. Bayer Corp |
| PAW | 2 | 02-1883 | Brenda Peterson v  Bayer Corp |
| PAW | 2 | 02-1884 | Millen Turner v  Bayer Corp |
| PAW | 2 | 02-1885 | James Ritchie, et al  v  Bayer Corp |
| PAW | 2 | 02-1888 | Christie Beckmann v  Bayer Corp , et al |
| PAW | 2 | 02-1889 | Catherine Hardy v  Bayer Corp , et al |
| PAW | 2 | 02-1890 | Mattie Pringle v  Bayer Corp |
| PAW | 2 | 02-1891 | Gloria Gaston v  Bayer Corp |
| PAW | 2 | 02-1892 | Ruth Goodwin v  Bayer Corp |
| PAW | 2 | 02-1893 | Marsha Hunter, et al  v  Bayer Corp |
| PAW | 2 | 02-1894 | Costa Johnson, et al. v  Bayer Corp |

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 3 | 02-4127 | Rachel Ann Meetze v  American Home Products Corp , et al |

**TENNESSEE MIDDLE**

| | | | |
|---|---|---|---|
| TNM | 3 | 02-1176 | William E  Beard, et al  v  Perrigo Co , et al |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 1 | 02-811 | Larry Trahan v  Kroger Texas, LP, et al |
| TXE | 2 | 02-309 | Ervin Lee Talton v  Crump Foods, Inc , et al |
| ~~TXE~~ | ~~6~~ | ~~02-587~~ | ~~Carol Adams v  Chattem, Inc , et al~~        Opposed 1/31/03 |

**TEXAS NORTHERN**

| | | | |
|---|---|---|---|
| TXN | 3 | 02-2729 | Stephen Dockins v  Kroger Teas, LP, et al |
| ~~TXN~~ | ~~3~~ | ~~02-2733~~ | ~~Selia Luz Rodriguez v  Advocare International, LLC, et al~~    Opposed 2/6/03 |
| ~~TXN~~ | ~~3~~ | ~~02-2737~~ | ~~Lynne Grant, et al  v  Advocare International LLC, et al~~    Opposed 2/6/03 |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 4 | 02-4477 | Yolanda Trevino v  Kroger Texas, LP , et al |
| TXS | 4 | 02-4618 | Maria Harris v  Kroger Texas, LP, et al |
| TXS | 4 | 02-4769 | Kathryn Anne Cervas-Meyer v  Kroger Texas, LP , et al |
| TXS | 4 | 02-4785 | Harold Woodson v  Kroger Texas, LP, et al |
| ~~TXS~~ | ~~4~~ | ~~02-4891~~ | ~~Deann Fetzer, et al  v  Chattem, Inc , et al~~        Opposed 1/31/03 |

**TEXAS WESTERN**

| | | | |
|---|---|---|---|
| ~~TXW~~ | ~~1~~ | ~~02-781~~ | ~~Troy Alexander, et al  v  Novartis Comsumer Health, Inc , et al~~    Opposed 1/31/03 |
| ~~TXW~~ | ~~1~~ | ~~02-800~~ | ~~Sharon Lemmon, et al  v  Chattem, Inc , et al~~    Opposed 1/31/03 |
| ~~TXW~~ | ~~1~~ | ~~02-801~~ | ~~Anna Faye Miller v  Chattem, Inc , et al~~    Opposed 1/31/03 |




DISTRICT  DIV  CIVIL ACTION#

WEST VIRGINIA NORTHERN
| WVN | 2 | 02-102 | Mary Jane Coffman, et al  v  Novartis AG, et al |
| WVN | 5 | 02-142 | Jesteen Raines, etc  v  SmithKline Beecham Corp , et al |
| WVN | 5 | 02-166 | Eugenia C  Kennamer, et al  v  Wyeth, et al |

# INVOLVED JUDGES LIST (CTO-2)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Hon William M Acker, Jr
Senior U S District Judge
481 Hugo L Black U S Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon Donetta W Ambrose
U S District Judge
620 U S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon Joseph F Anderson, Jr
Chief Judge, U S District Court
Post Office Box 447
Columbia, SC 29202-0447

Hon Robert R Armstrong, Jr
U S Magistrate Judge
274 Hugo L Black U S Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon Sharon Lovelace Blackburn
U S District Judge
730 Hugo L Black U S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon Alan N Bloch
Senior U S District Judge
U S Post Office & Courthouse
Seventh & Grant Streets
Room 837
Pittsburgh, PA 15219

Hon Karon O Bowdre
U S District Judge
Hugo L Black U S Courthouse
1729 5th Avenue N , Suite 140
Birmingham, AL 35203

Hon Delores R Boyd
U S Magistrate Judge
United States District Court
P O Box 430
Montgomery, AL 36101-0430

Hon Jerry Buchmeyer
U S District Judge
15D28A Earle Cabell Federal Bldg
& U S Courthouse
1100 Commerce St
Dallas, TX 75242-1003

Hon Charles R Butler, Jr
Chief Judge, U S District Court
John A Campbell U S Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon David S Cercone
U S District Judge
1036 United States Post Office
& Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon Robert J Cindrich
U S. District Judge
1014 U S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon U W Clemon
Chief Judge, U S District Court
519 Hugo L Black U S Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon Howell Cobb
Senior U S District Judge
P O Box 632
Beaumont, TX 77704

Hon Joy Flowers Conti
U S District Judge
219 U.S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon Harwell G Davis, III
U S Magistrate Judge
103 U S Post Office & Courthouse
101 Holmes Avenue, N E
Huntsville, AL 35801

Hon Garnett Thomas Eisele
Senior U S District Judge
502 U S Post Office and Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon Lorenzo F Garcia
U S Magistrate Judge
680 U S Courthouse
333 Lomas Blvd , N W
Albuquerque, NM 87102

Hon Joseph A Greenaway, Jr
U S District Judge
Martin Luther King, Jr Federal
Building & U S Courthouse
50 Walnut Street
Newark, NJ 07102

Hon James H Hancock
Senior U S District Judge
681 Hugo L Black U.S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon Melinda Harmon
U S District Judge
9114 Bob Casey U S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon William J Haynes, Jr
U.S District Judge
649 U S Courthouse
801 Broadway
Nashville, TN 37203

Hon David Hittner
U S District Judge
8509 Bob Casey U S Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon Lynn N Hughes
U S District Judge
11122 Bob Casey U S Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon Inge P Johnson
U S District Judge
361 Hugo L Black U S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon Irene M Keeley
Chief Judge, U S District Court
U S District Court
P O Box 2808
Clarksburg, WV 26302

Hon James E Kinkeade
U S District Judge
14A20 Earle Cabell Federal Building
& U S Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon Gary L Lancaster
U.S District Judge
911 U S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon Tom S Lee
Chief Judge, U S District Court
110 James O Eastland U S Courthouse
245 East Capital Street
Jackson, MS 39201

Hon Sam A Lindsay
U S District Judge
Earle Cabell Federal Bldg.
& U S Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon Howard D McKibben
U S District Judge
Bruce R Thompson U S Courthouse
and Federal Building, Suite 804
400 South Virginia Street
Reno, NV 89501

Hon Terrence F McVerry
U S District Judge
1008 U S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon Charles A Moye, Jr
Senior U S District Judge
2342 Richard B Russell U S Courthouse
& Federal Building
75 Spring Street, S W
Atlanta, GA 30303

Hon Edwin L Nelson
U S District Judge
786 Hugo L Black U S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon Clarence C Newcomer
Senior U S District Judge
13614 U S Courthouse
601 Market Street
Philadelphia, PA 19106

Hon James R Nowlin
Chief Judge, U S District Court
U S Courthouse
200 West 8th Street
Austin, TX 78701

Hon Wilbur D Owens, Jr
Senior U S District Judge
P O Box 65
Macon, GA 31202

Hon Robert B Propst
Senior U S District Judge
P O Box 820
Anniston, AL 36202

Hon T Michael Putnam
U S Magistrate Judge
275 Hugo L Black U S Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon Edward C Reed, Jr
Senior U S District Judge
Bruce R Thompson U S Courthouse
& Federal Building, Suite 606
400 South Virginia Street
Reno, NV 89501

Hon Lee H Rosenthal
U S District Judge
11535 Bob Casey U S Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon Sam Sparks
U S District Judge
100 U S Courthouse
200 West Eighth Street
Austin, TX 78701

Hon Tom Stagg
Senior U S District Judge
4100 U S Courthouse
300 Fannin Street
Shreveport, LA 71101-3091

Hon Frederick P Stamp, Jr
U S District Judge
P O Box 791
Wheeling, WV 26003-0100

Hon William L Standish
Senior U S District Judge
605 U S Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon William M Steger
Senior U S District Judge
P O Box 1109
Tyler, TX 75710

Hon Donald E Walter
Senior U.S District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3050

Hon T John Ward
U S District Judge
United States District Court
100 Huston Street
Marshall, TX 75670

Hon Herman J Weber
Senior U S District Judge
801 Potter Stewart U S Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon William R Wilson, Jr
U S District Judge
149 U S Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

# INVOLVED CLERKS LIST (CTO)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr , Clerk
123 John A Campbell U S Courthouse
113 St Joseph Street
Mobile, AL 36602-3621

David J. Maland, Clerk
Jack Brooks Federal Bldg & U S Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J  Maland, Clerk
P O. Box 1499
Marshall, TX 75672-1499

David J  Maland, Clerk
106 Federal Building
211 W  Ferguson Street
Tyler, TX 75702

Debra P. Hackett, Clerk
U S  District Court
P O  Box 711
Montgomery, AL 36101-0711

Gregory J. Leonard, Clerk
P O  Box 128
Macon, GA 31202-0128

J T  Noblin, Clerk
316 James O  Eastland U S  Courthouse
245 East Capitol Street
Jackson, MS 39201

James W  McCormack, Clerk
312 Federal Building
615 South Main Street
Jonesboro, AR 72401

James W  McCormack, Clerk
402 U S  Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Karen S  Mitchell, Clerk
14A20 Earle Cabell Federal Bldg
& U S  Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Kenneth J  Murphy, Clerk
326 Potter Stewart U S  Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Lance S  Wilson, Clerk
Bruce R  Thompson U S  Courthouse
& Fed Bldg , Suite 301
400 South Virginia Street
Reno, NV 89501

Larry W  Propes, Clerk
Strom Thurmond Federal Courthouse
1845 Assembly Street
Columbia, SC 29201-2431

Luther D  Thomas, Clerk
2211 Richard B  Russell Fed
Bldg  & U S  Courthouse
75 Spring Street, S W
Atlanta, GA 30303-3361

Michael E  Kunz, Clerk
2609 James A  Byrne
U.S  Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N  Milby, Clerk
United States District Court
P O  Box 61010
Houston, TX 77208-1010

Perry D  Mathis, Clerk
140 Hugo L  Black U S  Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Robert H  Shemwell, Clerk
1167 U S  Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M  March, Clerk
U S  Courthouse
333 Lomas Boulevard, N W
Albuquerque, NM 87102

Robert V  Barth, Jr , Clerk
U S  District Court
P O  Box 1805
Pittsburgh, PA 15230-1805

Roger A  Milam, Clerk
800 U S  Courthouse
801 Broadway
Nashville, TN 37203-3869

Wally A  Edgell, Clerk
P O  Box 1518
Elkins, WV 26241-1518

Wally A  Edgell, Clerk
P O  Box 471
Wheeling, WV 26003-0060

William G  Putnicki, Clerk
U S  Courthouse
200 West 8th Street
Austin, TX 78701

William T  Walsh, Clerk
Martin Luther King, Jr  Fed  Bldg
& U S  Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

# ●VOLVED COUNSEL LIST (CTO●
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Jeffery A Addicks
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Brock Cordt Akers
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027

Williams Harold Albritton, IV
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P O Box 830709
Birmingham, AL 35203

Ben M Allen
Hatch, Allen & Shepherd
P O Box 30488
Albuquerque, NM 87190

Alps Pharmaceutical Ind Co , Ltd
c/o APS International, Ltd
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Judith A Apperson
Fulbright & Jaworski
Texas Commerce Bank Towers
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Judith Schening Apperson
Fulbright & Jaworski
Texas Commerce Bank Towers
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Earl B Austin
Baker & Botts, LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Franklin D Azar
Franklin D Azar & Associates, PC
14426 East Evans Avenue
Aurora, CO 80014

Joseph P H Babington
Helmsing, Leach, Herlong, et al
Laclede Building, Suite 2000
150 Government Street
P O Box 2767
Mobile, AL 36652

Randolph Barnhouse
Rosebrough & Barnhouse, PC
P O Box 1744
Gallup, NM 87305

James C Barton, Jr
Johnston, Barton, Proctor & Powell
2900 AmSouth Harbert Plaza
1901 6th Avenue North, Suite 2900
Birmingham, AL 35203

James C Barton, Sr
Johnston, Barton, Proctor & Powell
AmSouth Harbert Plaza, Suite 2900
1901 6th Avenue North
Birmingham, AL 35203

William E Beard
643 North Broadway Street
Portland, TN 37148

Harry F Bell, Jr
Bell & Bands, PLLC
P O Box 1723
Charleston, WV 25326

Kimberly N Bell
Rodey, Dickason, Sloan, Akin & Robb
P O Box 1888
Albuquerque, NM 87103

Robert J Binstock
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

Dylan C Black
Bradley, Arant, Rose & White
One Federal Place
1819 5th Avenue, North
P O Box 830709
Birmingham, AL 35203

Larry W Blalock
Jackson, Kelly, PLLC
P O Box 871
Wheeling, WV 26003

Charles P Blanchard
Chaffe, McCall, Phillips, et al
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Timothy D Blue
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Philip Bohrer
Bohrer Law Firm
3388 Brentwood Drive
Baton Rouge, LA 70809

Margaret T Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Douglas L Brown
Armbrecht, Jackson, LLP
1300 AmSouth Center
63 North Royal Street
P O Box 290
Mobile, AL 36601

Robert C Buck
Schlueter, Buck & Childers
940 Center Street
Conyers, GA 30012

William T Casey, Jr.
Hicks, Casey & Barber
136 North Fairground Street
Suite 100
Marietta, GA 30060

Claude A Chamberlin
P O Box 72
Hattiesburg, MS 39404

John S Cherry, Jr
Barber, McCaskill, Jones & Hale, PA
First Commercial Building
Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Lawrence B Clark
Lange, Simpson, Robinson, et al
2100 3rd Avenue, North
Suite 1100
Birmingham, AL 35203

Julia B Cooper
Walston, Wells, Anderson & Bains
505 North 20th Street
P O Box 830642
Suite 500
Birmingham, AL 35203

William M Cunningham, Jr
Burns, Cunningham, Mackey, et al
P O. Box 1583
Mobile, AL 36633-1583



Robert J Curtis
Civerolo Gralow & Hill, PA
Po Drawer 887
Albuquerque, NM 87103

DJ Pharma, Inc
12730 High Bluff Drive
Suite 160
San Diego, CA 92130

Dan's Drug Store
P O Box 161247
Mobile, AL 36616

Deals Nothing Over A Dollar, LLC
11966 St Charles Rock Road
Bridgeton, MO 63044

Luke Dove, Jr
Dove & Chill
4266 I-55 North
Suite 108
Jackson, MS 39211

Frank A Doyle
Johnson, Spalding, Doyle, West, et al
910 Travis Street
Suite 1700
Houston, TX 77002

David E Dukes
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg , 3rd Floor
P O Box 11070
Columbia, SC 29211

Tom Dutton
Pittman, Hooks, Dutton & Hollis, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Timothy Eugene Eble
Richardson, Patrick, Westbrook, et al
174 East Bay Street
Charleston, SC 20401

Eckerd Drugs of Georgia, Inc
CT Corporation Systems
1201 Peachtree Street, NE
Atlanta, GA 30361

Phyllis B Eddins
Brad Hendricks Law Firm
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227

David M Eisbrouch
Balkin & Eisbrouch, LLC
50 Main Street, Suite 6
Hackensack, NJ 07601

Food Fair Store Corp
c/o Richard A Ball
One Court Square
Montgomery, AL 36104

Brenda F Ford-Jones
Piper & Associates
624 Pierre Avenue
P O Box 69
Shreveport, LA 71161

Ruskin C Foster
McCutchen, Blanton, Rhodes, et al
P O Box 11209
Columbia, SC 29211-1209

Fred's Of Laurel, Inc
c/o David C Majure
626 22nd Avenue, South
Meridian, MS 39301

Lynn O Frye
Jackson & Kelly
P O Box 553
Charleston, WV 25322

James W Gewin
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P O Box 830709
Birmingham, AL 35203

John E Goodman
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P O Box 830709
Birmingham, AL 35203

William F Goodman, III
Watkins & Eager
P O Box 650
Jackson, MS 39205

Craig W Goolsby
Carr, Allison, Pugh, et al
P O Box 1126
Daphne, AL 36526

Kerry Carson Green
Dinsmore & Shohl
Chemed Center, Suite 1900
255 East 5th Street
Cincinnati, OH 45202

Thomas P Gressette, Jr
Richardson, Patrick, Westbrook, et al
174 East Bay Street
Charleston, SC 29402

J Philip Griffis
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

H Blair Hahn
Richardson, Patrick, Westbrook, et al
P O Box 1007
Mt Pleasant, SC 29465

Hayes Drugs
24724 US Highway 31
Jemison, AL 35085

H E Butt Grocery Co
c/o Dean Dicker
646 South Main Avenue
San Antonio, TX 78204

Frederick G Helmsing
Helmsing, Leach, Herlong, et al
Laclede Building
Suite 2000
150 Government Street
P O Box 2767
Mobile, AL 36652

Susan J Hightower
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701

Barry M Hill
Harley, O'Brien, Parsons, et al
89 Twelfth Street
Wheeling, WV 26003

Douglas A Hofmann
Williams, Kastner & Gibbs
P O Box 21926
Seattle, WA 98111

Joseph Hurson
Lane, Powell, Spears & Lubersky
1420 5th Avenue, Suite 4100
Seattle, WA 98101

Glenn E Ireland
Carr, Allison, Pugh, et al
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

James B Irwin
Irwin, Fritchie, Urquhart & Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Donna B Jacobs
Butler, Snow, O'Mara, Stevens, et al
P O Box 22567
Jackson, MS 39225

Jiffy Mart, Inc
c/o Thomas Ralph Boykin
P O Box 432
Quitman, MS 39355

Andrew B Johnson
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P O Box 830709
Birmingham, AL 35203

Brian P Johnson
Johnson, Spalding, Doyle, West, et al
Bank One Center
910 Travis
Suite 1700
Houston, TX 77002

Diana L Johnson
Bowles, Rice, McDavid, Graff & Love
P O Box 1386
Charleston, WV 25325-1386

Edley H Jones, III
Law Offices of Edley H Jones, III
P O Box 3171
Ridgeland, MS 39158-3171

Richard L Josephson
Baker & Botts, LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002

Dana G Kirk
Kirk Law Firm
4265 San Felipe Street
Suite 1400
Houston, TX 77027

Dow N Kirkpatrick, II
Alston & Bird
4200 One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424

Peter A Kraus
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Richard N Laminack
O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX 77002

Sara L Lepley
1248 Avondale Circle
Nashville, TN 37207

Lori B Leskin
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022

Albert G Lewis, III
Lewis & Mitchell, LLC
611 Helen Keller Blvd
Tuscaloosa, AL 35404

Charles M Love, III
Bowles, Rice, McDavid, Graff, et al
P O Box 1386
Charleston, WV 25325

Scott William MacLaren
Gwinn & Roby
Renaissance Tower
1201 Elm Street, Suite 4100
Dallas, TX 75270

Daniel J Madden
David, Goodman & Madole
Two Lincoln Center
5420 LBJ Freeway, Suite 1200
Dallas, TX 75240

Joel Mafrige
Vinson & Elkins
1001 Fannin Street
2300 First City Tower
Houston, TX 77002

Douglas Drew Malone
Heidelberg & Woodliff
P O Box 23040
Jackson, MS 39225

A Mac Martinson
Martinson, Beason & Hooper
115 North Side Square
P O Box 2675
Huntsville, AL 35804

David P Matthews
Abraham, Watkins, Nichols, et al
800 Commerce Street
Houston, TX 77002-1776

Silas W McCharen
Daniel, Coker, Horton & Bell
P O Box 1084
Jackson, MS 39215

Joseph M McElroy
Zeleskey, Cornelius, Hallmark, et al
P O Drawer 1728
Lufkin, TX 75902

Gordon J McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809

Denise Arenth Miller
Miller & Martin
1275 Peachtree Street, NE
Suite 700
Atlanta, GA 30309

Charles M Moore
Locke, Purnell, Rain & Harrell
Texas Commerce Bank Tower
Suite 2200
2200 Ross Avenue
Dallas, TX 75201

Nortex Drug
c/o Jeff Anon
1021 North Central Expressway
Plano, TX 75075

Rick D Norton
Bryan, Nelson, Randolph & Weathers
P O Drawer 18109
Hattiesburg, MS 39404

Novartis Pharmaceuticals Corp
Corporation Service Company
800 Brazos
Austin, TX 78701

Lance Eugene Palmer
Levinson, Friedman, Vhugen, et al
720 3rd Avenue, Suite 1800
Seattle, WA 98101

Michelle A Parfitt
Ashcraft & Gerel, LLP
2000 L Street, NW
Suite 400
Washington, DC 20036



J Ryan Perkins
Wilkins, Stephens & Tipton
One LeFleur's Square
4735 Old Canton Road
P O Box 13429
Jackson, MS 39236

Perrigo Company
515 Eastern Avenue
Allegan, MI 49010

John C Pierce
Pierce, Ledyard, Latta, et al
P O Box 16046
Mobile, AL 36616

Maibeth J Porter
Maynard, Cooper & Gale, PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Harlan I Prater, IV
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Charles F Preuss
Drinker, Biddle & Reath
225 Bush Street
15th Floor
San Francisco, CA 94104

Steven W Quattlebaum
Quattlebaum, Grooms, Tull, et al
111 Center Street
Suite 1900
Little Rock, AR 72201

Robert S Ramsey
Ramsey Law Firm, PC
21 North Florida Street
Mobile, AL 36607

Herschel E Richard, Jr
Cook, Yancey, et al
P O Box 22260
Shreveport, LA 71120

Ronald L Roberts
Mitchell, McNutt & Sams, PA
P O Box 1366
Columbus, MS 39703-1366

Joseph J Saltarelli
Hunton & Williams
200 Park Avenue
43rd Floor
New York City, NY 10166

Robert M Schick
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002

Sherry Lynn Scott
Vinson & Elkins
1001 Fannin Street
2300 First City Tower
Houston, TX 77002

Jason Riley Searcy
P O Box 3929
Longview, TX 75606

Christopher A Seeger
Seeger, Weiss, LLP
One William Street
10th Floor
New York, NY 10004

Daniel J Sheehan, Jr
Daniel Sheehan & Associates
2200 Ross Avenue
Suite 3060
Dallas, TX 75201

Randolph S Sherman
Kaye Scholer, LLP
425 Park Avenue
12th Floor
P O Box 883
New York, NY 10022

Alan T Silko
Brown & Levicoff
707 Grant Street
600 Gulf Tower
Pittsburgh, PA 15219

Edna L Skelton
Route 2, Box 112-C
Jemison, AL 35085

Edward S Sledge, III
McDowell, Knight, Roedder & Sledge, LLC
P O Box 350
Mobile, AL 36601

Robert N Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Preston Strom, Jr
Strom Law Firm
1501 Main Street
Suite 700
Columbia, SC 29201

Carroll H Sullivan
Clark, Scott & Sullivan
P O Box 1034
Mobile, AL 36633

J A Sydnor, Jr
Huie, Fernambucq & Stewart
800 First Alabama Bank Building
417 North 20th Street
Birmingham, AL 35203

Marda W Sydnor
Parsons, Lee & Juliano
P O Box 530630
Birmingham, AL 35253-0630

Cooper C Thurber
Lyons, Pipes & Cook, PC
2 North Royal Street
P O Box 2727
Mobile, AL 36652

Terry O Tottenham
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701

C Crews Townsend
Miller & Martin
Volunteer Building
Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

Sean P Tracey
Clark, Depew & Tracey, Ltd , LLP
440 Louisiana
Suite 1600
Houston, TX 77002

Robert A Valadez
Shelton & Valadez, PC
600 Navarro Street
Suite 500
San Antonio, TX 78205

Alan R Vickery
Sedgwick, Detert, Moran & Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

Brian Alexander Wahl
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P O Box 830709
Birmingham, AL 35203-0709

Dianne S Wainwright
Brown & Levicoff
707 Grant Street
600 Gulf Tower
Pittsburgh, PA 15219

Dennis J Webb
Webb, Zschunke, Miller, et al
3575 Piedmont Center, Suite 1020
Atlanta, GA 30305

J Stewart White
Law Offices of White & Meany
3185 Lakeside Drive
Reno, NV 89509

Alan M Winchester
Harris Beach, LLP
500 Fifth Avenue, Fifth Floor
New York, NY 10110

Winn Enterprises Pharmacy Consulting Division, Inc
c/o Michael L Winn
177 Steam Plant Road
Natchez, MS 39120

34

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN.**
Judge Wm  Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS**
Judge John F  Keenan
United States District Court
Southern District of New York

Judge Bruce M  Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D  Lowell Jensen
United States District Court
Northern District of California

Judge J  Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

**DIRECT REPLY TO**

Michael J  Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D C  20002

Telephone   [202] 502-2800
Fax             [202] 502-2888

http //www jpml uscourts gov

February 10, 2003

CA 02-1840

5

Bruce Rifkin, Clerk
215 William Kenzo Nakamura U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

Re·  MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-25)

Dear Mr. Rifkin·

    I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel
in the actions listed on the attached schedule on <u>January 23, 2003</u>.  The Panel's governing statute, 28 U S.C.
§1407, requires that the transferee clerk " ..transmit a certified copy of the Panel's order to transfer to the clerk
of the district court from which the action is being transferred "  As stipulated in Rule 7 4(a) of the <u>Rules of
Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F R.D. 425, 435 (2001), transmittal of the order
has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so  The 15-day
period has now elapsed, no opposition was received, and the order is directed to you for filing

    A list of involved counsel is attached.

                                            Very truly,

                                            Michael J. Beck
                                            Clerk of the Panel

                                        By _____
                                                 Deputy Clerk

Attachments

cc·     Transferee Judge:      Judge Barbara Jacobs Rothstein
        Transferor Judges      (See Attached List of Judges)
        Transferor Clerks·     (See Attached List of Clerks)

                                                            JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 1407*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-25)

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 735 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 10 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY WRIGHT,                        )
                                       )        Case No.. 02 1840
                   Plaintiff,          )
                                       )
          v                            )
BAYER CORPORATION,                     )
                                       )
                   Defendant           )
                                       )

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7 2 of the United States District Court for the Western

District of Pennsylvania, Plaintiff, Timothy Wright and Defendant, Bayer Corporation

through their duly authorized counsel, have stipulated to the extension of the due date

for filing a response to the Plaintiff's Complaint to March 11, 2003

Alan T. Silko, Esq                     Mark A Willard, Esq
Pa I.D. # 46837                        Pa. I D. No 18103
BROWN & LEVICOFF, P.C                  C. Arthur Wilson, Esq
707 Grant Street                       Pa. I.D. No. 01108
Suite 600, Gulf Tower                  Eckert Seamans Cherin & Mellott, LLC
Pittsburgh, PA 15219 1917              600 Grant Street, 44th Floor
                                       Pittsburgh, PA 15219
Thomas P Gressette, Jr., Esq.          Firm I.D. No 075
H. Blair Hahn, Esq.                    (412) 566-6171
RICHARDSON PATRICK.                    Attorneys for Defendant
WESTBROOK & BRICKMAN, LLC.
174 East Bay Street
Charleston, SC 29401
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this ⁊th day of February, 2003, a copy of the foregoing was served on all parties required to be served by mailing same, first-class postage prepaid to·

Alan T. Silko, Esq.
Pa. I D # 46837
BROWN & LEVICOFF, P C
707 Grant Street
Suite 600, Gulf Tower
Pittsburgh, PA 15219.1917

Thomas P. Gressette, Jr., Esq
H Blair Hahn, Esq.
RICHARDSON PATRICK.
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Mark A Willard, Esq

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY WRIGHT,

   Plaintiff,

v          No  02-1840

BAYER CORPORATION,

   Defendant

## ENTRY OF APPEARANCE

TO THE CLERK

   Kindly enter my appearance as attorney for defendant Bayer Corporation in the

above-captioned matter

          C  Arthur Wilson, Jr
          PA I D  No  01108
          Eckert Seamans Cherin & Mellott, LLC
          44th Floor, 600 Grant Street
          Pittsburgh, PA  15219

          Attorneys for Bayer Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid, this _3rd_ day of January, 2003, on the following

Alan T Silko, Esq
Brown & Levicoff, P C
707 Grant Street
Suite 600
Pittsburgh, PA  15219

Thomas P Gressette, Jr , Esq
Richardson Patrick Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC  29402

C  Arthur Wilson, Jr

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY WRIGHT,         )     CASE NO 02-CV-1840
                          )
        Plaintiff,     )
                          )
v                      )
                          )
BAYER CORPORATION,    )
                          )
        Defendant     )

## PLAINTIFF'S NOTICE OF DEFENDANT BAYER CORPORATION'S EXECUTED WAIVER OF SERVICE

ATTACHED hereto as Exhibit A, for filing with this Court is Defendant's executed

Waiver of Service of Summons and Complaint in the above captioned action

Respectfully submitted,

*Alan T. Silko*

Alan T Silko, Esquire (PA ID # 46837)
BROWN & LEVICOFF, PC
707 Grant Street
Suite 600, Gulf Tower
Pittsburgh, PA 15219-1917
(412) 434-5200

Thomas P Gressette, Jr , Esquire
H Blair Hahn, Esquire
RICHARDSON PATRICK
   WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
(843) 727-6500

ATTORNEYS FOR THE PLAINTIFF

January 27, 2003

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via first class U S. Mail to the below listed counsel and interested parties

This _25_ day of January 2003

Randy Kent
Paralegal to H Blair Hahn, Esquire
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, L L C
174 East Bay Street
Charleston, SC 29401
(843) 727-6500

**SERVICE LIST:**

Albert G Bixler, Esquire
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102
ATTORNEY FOR DEFENDANT BAYER
CORPORATION

## WAIVER OF SERVICE OF SUMMONS

TO Alan Silko, Esquire
   BROWN & LEVICOFF, P C
   600 Gulf Tower
   Pittsburgh, PA 15219

   I acknowledge receipt of your request that I waive service of a summons in the action of **Timothy Wright v. Bayer Corp.** which is case number **02-CV-1840** in the United States District Court of Pennsylvania   I have also enclosed a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me

   I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____, or within 90 days after that date if the request was sent outside the United States

_12/18/02_
Date

C. Arthur Wilson
Signature

C. ARTHUR WILSON, JR.
Printed/typed name:
As COUNSEL FOR
Of BAYER CORPORATION

### (SEE BACK OF THIS FORM)

*fee paid*
*recpt # 0527*
*NO SUM ISS*
*1534*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY WRIGHT, | ) | CASE NO **02 1840** |
| Plaintiff, | ) | |
| | ) | |
| v | ) | **COMPLAINT AND DEMAND** |
| | ) | **FOR JURY TRIAL** |
| BAYER CORPORATION, | ) | |
| | ) | |
| Defendant | ) | PERSONAL INJURY/PRODUCTS LIABILITY |
| | ) | |

Plaintiff, by and through the undersigned attorneys, complains of Defendant and alleges as follows

**PARTIES AND JURISDICTION**

1.    Plaintiff is a citizen of the United States and resident of Gaston County, North Carolina

2     Plaintiff, Timothy Wright, (herein after "Plaintiff"), purchased and ingested cold medication containing phenylpropanolamine ("PPA") and has suffered permanent injury as a result thereof  Specifically, Plaintiff ingested an Alka Seltzer Plus product, which contained PPA, without knowledge of the significant health risks of PPA

3     Defendant, Bayer Corporation, is a foreign corporation with its principal place of business at 100 Bayer Road, Pittsburgh, PA 15205-9741, and is engaged in the business of designing, manufacturing, marketing and distributing over-the-counter medications including

1

Alka Seltzer Plus products which contained PPA, for sale and distribution into interstate commerce throughout the United States in general and this state and judicial district in particular

4       This Court has jurisdiction over this civil action pursuant to 28 U S.C §1332 because there is complete diversity of citizenship between Plaintiff and Defendant and because the amount in controversy exceeds $75,000 00, exclusive of interest and costs

5       Venue is properly laid in this district pursuant to 28 U S C § 1391 because the defendant engaged in the business of marketing, manufacturing and distributing Alka Seltzer Plus in the United States and because Bayer Corporation has its primary office in Pittsburgh, PA

6       At all times relevant, Defendant manufactured, created, designed, tested, labeled, sterilized, packaged, distributed, supplied, marketed, sold, advertised, and otherwise distributed through interstate commerce, a variety of over-the-counter and prescription cold products which contained PPA, including but not limited to the Alka Seltzer Plus which the Plaintiff ingested and which proximately caused the injuries and damages complained of herein

### FACTUAL BACKGROUND

7       Prior to May 9, 1999, Plaintiff was an active and healthy thirty-seven year old man who enjoyed full time employment and numerous activities

8       On or about May 9, 1999, Plaintiff experienced a stroke after ingesting an Alka Seltzer Plus product  Said ingestion occurred within a period of days prior to the incident

9       At the onset of the stroke, Plaintiff was transported to the hospital and admitted with left side weakness, facial droop, slurred speech and other expected symptoms associated with a stroke.

2

10      While hospitalized, Plaintiff underwent numerous tests, a CAT scan , MRI and rehabilitative therapy   Plaintiff experienced and continues to experience left side weakness and difficulty walking as a result of his ingestion of PPA

11      As a direct and proximate result of Plaintiff ingestion of PPA, Plaintiff has incurred one or more of the following

      (a)    permanent injury,

      (b)    physical deformities,

      (c)    numerous ongoing physical problems, including but not limited to,  left sided weakness, difficulty walking and severe emotional distress,

      (d)    an increased risk of fatal illness, including but not limited to, additional strokes and further brain injury, and

      (e)    significant mental anguish as a result thereof

12      PPA is a synthetic sympathomimetic drug which has been available in the United States for the greater part of the twentieth century   When Congress authorized the Food and Drug Administration (FDA) to regulate the safety and effectiveness of medicines, PPA, which was already on the market, was grandfathered in and never had to satisfy the rigorous testing requirements for all new medicines.  Defendant is responsible for making it available without prescription in cough and cold medicines and/or appetite suppressants   PPA was contained in well over 100 different products, over half of which were available over-the-counter (OTC)

13.      PPA is structurally and functionally similar to amphetamine and ephedrine (both of which are associated with cardiac and brain toxicity)   When used as a decongestant, PPA clears nasal passages by constricting blood vessels, which become inflamed during infection and/or as a result of other irritants

3

14     There is a long history of published serious adverse events including hemorrhagic strokes attributed to PPA. PPA is known to cause and/or set into motion reactions within the circulatory and nervous systems, including the blood vessels in and around the brain, which lead to hemorrhagic strokes (subarachnoid hemorrhages and/or intracerebral bleeding) and occlusive strokes

15     Reports of adverse drug reactions (ADR's) to PPA are documented as early as 1965. In the 25 year period between 1965 and 1990, 142 ADR's were reported in 85 studies, with the vast majority of these (69%) occurring in North America

16     By 1991, there were at least 44 cases of stroke (35 hemorrhagic) reported in PPA users.

17     Despite the various reports of death and serious illnesses associated with the use of PPA, Defendant failed to remove the product from the market or to provide adequate warnings to consumers of the risks of using PPA, including but not limited to the relationship between stroke and the use of PPA, and continued to actively and aggressively market PPA to the public

18     As a direct and proximate result of the acts and omissions of the Defendant, Plaintiff has sustained permanent and devastating injuries   These injuries have caused, and will continue in the future to cause, extensive pain and suffering, emotional distress, and have substantially reduced the Plaintiff's ability to enjoy life, the Plaintiff has sustained economic loss, including loss of earnings and diminished loss of earning capacity in an amount to be determined, Plaintiff has had to expend substantial sums of money for medical, hospital and related care, and will be required to do so in the future, and Plaintiff is subjected to the need for

4

medical management for the remainder of Plaintiff's life, all to the Plaintiff's general damage in a sum in excess of $75,000 00

19    The Plaintiff is informed and believes that Defendant, widely manufactured, created, designed, tested, labeled, sterilized, packaged, distributed, supplied, marketed, sold, advertised, and otherwise distributed through interstate commerce, the drug PPA in a variety of over-the-counter and prescription cold remedies and over-the-counter weight loss products

20.    Upon information and belief Defendant's advertising and marketing schemes falsely, fraudulently and consciously misrepresented facts about products which contain PPA, including but not limited to the following. (a) that side effects were not serious, (b) that side effects were less severe and occurred less frequently than with other like drugs; (c) that sufficient testing had been conducted pursuant to federal regulations, and (d) that the results of this testing assured that these drugs were safe for human use.

21    Upon information and belief the Defendant, by failing to timely or adequately warn the public about the risk foreseeable injury from the use of their products, violated established federal regulations, including but not limited to 21 CFR §330 10 ("Procedures for classifying OTC drugs as generally recognized as safe and effective and not misbranded, and for establishing monographs"), which under subpart (a)(4)(v), states as follows

> Labeling shall be clear and truthful in all respects and may not be false or misleading in any particular  It shall state the intended uses and results of the product, adequate directions for proper use, and warnings against unsafe use, side effects, and adverse reactions in such terms as to render them likely to be read and understood by the ordinary individual, including individuals of low comprehension, under customary conditions of purchase and use.

5

22.     Indeed, no warning at all appeared on the labeling on Defendant's products about

the risk of stroke associated with PPA   Upon information and belief, Defendant violated 21 CFR

§369.10, which states

> Necessary warning statements should appear in the labeling
> prominently and conspicuously as compared to other words,
> statements, designs, and devices, and in bold type on clearly
> contrasting background, in order to comply with the provisions of
> section 502 (c) and (f)(2) of the act   The warning statements
> should be placed in juxtaposition with the directions for use and, in
> any case, should appear on the label when there is sufficient label
> space in addition to mandatory label information

## FIRST CAUSE OF ACTION
## NEGLIGENCE

23      Plaintiff incorporates by reference all preceding paragraphs and allegations of this

Complaint as though fully set forth herein

24      At all material times, the Defendant had a duty to exercise reasonable care in all

aspects of the testing, labeling, marketing, sale and provision of adequate warnings regarding the

use of those products containing PPA so as to ensure the safety of the products and to ensure that

the consuming public, including Plaintiff, obtained accurate information and instructions for the

safe use of these drugs.

25      Defendant failed to exercise ordinary care in the manufacture, sale, testing, quality

assurance, quality control and distribution of the products into interstate commerce in that the

Defendant knew or should have known that these products created a high risk of unreasonable,

dangerous side effects which could be fatal

26      Defendant was negligent in the design, manufacture, testing, advertising, warning,

marketing and sale of products containing PPA in the following particulars, to wit

6

a      Failing to use due care in the design and manufacture of products containing PPA so as to avoid risks to the Plaintiff when such products were being ingested for a common cold,

b      Failing to accompany their products with proper warnings regarding all possible adverse side effects associated with the use of their products, the comparative severity and duration of such adverse effects, and inaccurate reflection of the symptoms, scope and severity of the side effects,

c      Failing to provide adequate information to medical care providers as to the appropriate use of the products;

d      Failing to warn Plaintiff prior to actively encouraging the sale of their products orally or in writing about (1) the possibility of adverse events; (2) the possibility of becoming disabled as a result of the drug use, (3) that such side effects might result in permanent brain damage, and (4) that such side effects might result in debilitating, difficult and painful rehabilitation and a lifetime of visits to the doctor, clinic or hospital, or in even some situations, might be fatal,

e      Failing to adequately test or warn about the possible adverse side effects caused by the use of the products containing PPA, and

f.      In such other and further particulars as will be proven at trial

27      Upon information and belief, Defendant continued to market products containing PPA, despite the fact that the Defendant knew or should have known that these products caused unreasonable, dangerous side effects, which many users would be unable to remedy by any means, and when there were other alternative methods to manufacture the products without PPA

28      Defendant knew or should have known that consumers such as the Plaintiff would suffer foreseeable injury as a result of Defendant's failure to exercise ordinary care as described herein

29      At all material times, the Defendant knew of the defective nature of their products as set forth herein, and continued to design, manufacture, market and sell their products so as to maximize sales and profits at the expense of public health and safety, and as such Defendant's conduct exhibits a wanton and reckless disregard for human life, and further, upon information

7

and belief, defendant exhibited such an entire want of care as to establish that their actions were a result of fraud, actual malice and a conscious and deliberate disregard of foreseeable harm to the Plaintiff herein, thereby entitling this Plaintiff to punitive damages.

## SECOND CAUSE OF ACTION
## STRICT PRODUCT LIABILITY (FAILURE TO WARN)

30     Plaintiff incorporates by reference all preceding paragraphs and allegations of this Complaint as though fully set forth herein

31     The product manufactured and/or supplied by Defendant was at all times unaccompanied by proper warnings concerning all possible adverse side effects including, but not limited to, the comparative severity, scope and duration of adverse effects.

32     After Defendant knew or should have known of the risk of injury from the use of products containing PPA, it failed to provide adequate warnings to users or consumers of the product, and continued to aggressively promote the products, and as a direct result thereof, the products manufactured and/or supplied by the Defendant were defective due to inadequate post-marketing warning and/or instructions.

33.    Upon information and belief, as a producing cause and legal result of the defective condition of the products as manufactured and/or supplied by the Defendant, and as a direct and legal result of the negligence, carelessness, other wrongdoing and actions of the Defendant, Plaintiff sustained the damages and injuries as set forth herein

34     At all material times, the Defendant knew of the defective nature of their products and continued to design, manufacture, market and sell their products so as to maximize sales and profits at the expense of public health and safety, and as such, Defendant's conduct exhibits such an entire want of care as to establish their actions were willful, reckless, a result of fraud, actual

8

malice, and the conscious and deliberate disregard of foreseeable harm to Plaintiff, thereby entitling Plaintiff to punitive damages

### THIRD CAUSE OF ACTION
### STRICT PRODUCT LIABILITY
### (PURSUANT TO RESTATEMENT SECOND OF TORTS § 402 (1965))

35      Plaintiff incorporates by reference all preceding paragraphs and allegations of this Complaint as fully set forth herein

36      At all material times, the products containing PPA manufactured and/or supplied by Defendant were placed into the stream of commerce by this Defendant in a defective and unreasonably dangerous condition in that the known and foreseeable risks associated with the use of these products exceeded the benefits associated with their design or formulation.

37      Alternatively, the products containing PPA manufactured and/or supplied by Defendant, were defective in design or formulation, such that when the products were placed in the stream of commerce, they were unreasonably dangerous in that they were more dangerous than an ordinary consumer would expect and more dangerous than other forms of cold products which were available to Plaintiff

38      The products ingested by Plaintiff, and manufactured and/or supplied by the Defendant were defective due to inadequate warnings or instructions since the manufacturers knew or should have known that the products created a risk of harm to consumers when used in the way they were intended to be used and in a manner which was reasonably foreseeable by the Defendant

39.      Said products manufactured and/or supplied by Defendant, were defective due to inadequate warnings, inadequate testing, inadequate post-marketing warnings, and inadequate

9

post-marketing instructions, because after the Defendant knew or should have known of the risk of injury from the use of their products containing PPA, they failed to provide adequate warnings to users or consumers of the products and continued to promote the products

40      Upon information and belief, the ingested products were at the time they left Defendant's control, defective products unreasonably dangerous for use, and resulted in injury to the Plaintiff as alleged herein

41      The defective and unreasonably dangerous condition of the ingested products was the proximate cause of the injuries sustained by the Plaintiff, resulting in the damages and injuries as set forth herein.

42      At all material times, the Defendant actually knew of the defective nature of their products as set forth herein and blatantly continued to design, manufacture, market and sell their products so as to maximize sales and profits at the expense of public health and safety, and they exhibited such an entire want of care as to establish their actions were willful, wanton, reckless and a result of fraud, actual malice and the conscious and deliberate disregard of foreseeable harm to the Plaintiff, thereby entitling Plaintiff to punitive damages

## FOURTH CAUSE OF ACTION
## BREACH OF EXPRESS WARRANTY OF MERCHANTABILITY

43      Plaintiff incorporates by reference all preceding paragraphs and allegations of this Complaint as though fully set forth herein

44      Defendant expressly warranted that the ingested products were safe for use

45.      These drugs do not conform to these express representations because the products containing PPA are not safe and have serious life threatening side effects    As a direct and

10

proximate result of the breach of said express warranties, Plaintiff has suffered and will continue to suffer damages as set forth herein

## FIFTH CAUSE OF ACTION
## BREACH OF IMPLIED WARRANTIES

46      Plaintiff incorporates by reference all preceding paragraphs and allegations of this Complaint as though fully set forth herein

47      Defendant impliedly warranted to prospective purchasers and users, including Plaintiff, that the ingested products were safe, merchantable, and fit for the ordinary purposes for which such goods are used

48.     Plaintiff reasonably relied upon the skill and judgment of the Defendant, as to whether the products were of merchantable quality and safe and fit for their intended use

49      Upon information and belief, and contrary to such implied warranties, said products containing PPA were not of merchantable quality or safe or fit for their intended uses because the products were and are unreasonably dangerous and unfit for the ordinary purpose for which they were used as previously described herein

50      As a direct and proximate result of the breach of implied warranties by the Defendant, Plaintiff suffered and will continue to suffer injury, harm and economic loss as alleged herein

11

## SIXTH CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

51.     Plaintiff incorporates by reference all preceding paragraphs and allegations of this Complaint as though fully set forth herein

52.     Defendant falsely represented to Plaintiff that the ingested products were safe when used as instructed   These representations, that the ingested products were safe for their intended use when used as instructed and labeled were false as the products were, in fact, dangerous to the health of the Plaintiff when used as intended

53     Defendant failed to exercise reasonable care in ascertaining the accuracy of the information regarding the safe use of the ingested products, and otherwise failed to exercise reasonable care in communicating the information to the Plaintiff

54.     In reasonable reliance upon Defendant's misrepresentations, Plaintiff was induced to, and did, use the ingested products

55     As a direct and proximate result of Defendant's misrepresentations, Plaintiff sustained the damages and injuries set forth herein

**WHEREFORE, Plaintiff prays for relief as follows:**

1     Full refund of all costs for Plaintiff's use of the ingested products,

2     Compensatory, consequential damages and punitive damages individually in excess of the jurisdictional amount,

3     For any and all medical management and future medical expenses;

4     For all attorneys' fees, expenses, interest and costs of this action,

12

5      For such other extraordinary, declaratory or injunctive relief as permitted by law

as necessary to assure that Plaintiff has an effective remedy, and

6      For such other and further relief as this Court deems just and proper

Respectfully submitted,

Alan T Silko, Esquire (PA ID # 46837)
BROWN & LEVICOFF, PC
707 Grant Street
Suite 600, Gulf Tower
Pittsburgh, PA 15219-1917
(412) 434-5200

Thomas P Gressette, Jr , Esquire
H Blair Hahn, Esquire
RICHARDSON PATRICK
  WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
(843) 727-6500

ATTORNEYS FOR THE PLAINTIFF

October 26, 2002

13

JS 44 (Rev 3/99)

**CIVIL COVER SHEET**    ● 02 1840

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Timothy Wright

**(b)** County of Residence of First Listed Plaintiff    Gaston Co , NC
(EXCEPT IN U S PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alan T Silko, Esq      Thomas P Gressette, Jr , Esq
BROWN & LEVICOFF    H Blair Hahn, Esq
707 Grant St , Ste 600    174 East Bay St
Pittsburgh, PA 15219    Charleston, SC 29401 (843) 727-6500
(412) 434-5200

**DEFENDANTS**

Bayer Corp

County of Residence of First Listed    Allegheny
(IN U S PLAINTIFF CASES ONLY)
NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

Attorneys (If Known)

**II  BASIS OF JURISDICTION**    (Place an "X" in One Box Only)

☐ 1  U S Government      ☐ 3  Federal Question
     Plaintiff                  (U S Government Not a Party)

☐ 2  U S Government      ☒ 4  Diversity
     Defendant                 (Indicate Citizenship of Parties
                                in Item III)

**III  CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☒ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| (Excl Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | ☐ 870 Taxes (U S Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus | ☐ 790 Other Labor Litigation | or Defendant) | Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Under Equal Access to |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc | 26 USC 7609 | Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 950 Constitutionality of |
| | | ☐ 550 Civil Rights | | | State Statutes |
| | | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original      ☐ 2 Removed from    ☐ 3 Remanded from    ☐ 4 Reinstated or   ☐ 5 Transferred from     ☐ 6 Multidistrict    ☐ 7 Appeal to District
    Proceeding         State Court          Appellate Court       Reopened        another district             Litigation         Judge from
                                                                                  (specify)                                       Magistrate
                                                                                                                                  Judgment

**VI. CAUSE OF ACTION**    (Cite the U S Civil Statute under which you are filing and write brief statement of cause
Do not cite jurisdictional statutes unless diversity)

28 U S C § 1332
Plaintiff files this Complaint against defendants including claims for negligence, strict products liability, failing to warn, breach of warranties, and negligent misrepresentation associated with defendants' manufacturing, marketing and distributing phenylpropanolamine.

**VII. REQUESTED IN**    ☐ CHECK IF THIS IS A CLASS ACTION DEMAND       CHECK YES only if demanded in complaint
**COMPLAINT:**           UNDER F R C P 23                                    JURY DEMAND  ☒ Yes  ☐ No

**VIII. RELATED CASE(S)**    (See instructions)
**IF ANY**    NONE    JUDGE  Barbara Jacobs Rothstein    DOCKET NUMBER  MDL 1407

DATE  Oct 28, 2002    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG JUDGE _____



JS 44A                                                          REVISED OCTOBER, 1993

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**
This case belongs on the (_____ Erie_ _____ Johnstown ___X___ Pittsburgh) calendar.

1. **ERIE CALENDAR** - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren, OR any plaintiff or defendant resides in one of said counties.
2. **JOHNSTOWN CALENDAR** - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset, OR any plaintiff or defendant resides in one of said counties.
3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.
4. Complete if on **JOHNSTOWN CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B** (You are to check ONE of the following)
1. _____ This case is related to Number _MDL 1407_____, Judge _ROTHSTEIN_____.
2. _____ This case is not related to a pending or terminated case.

### DEFINITIONS OF RELATED CASES:
**CIVIL:** Civil cases are deemed related when a case filed relates to property included in another suit, or involves the same issues of fact or it grows out of the same transactions as another suit, or involves the validity or infringement of a patent involved in another suit.
**EMINENT DOMAIN:** Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
**HABEAS CORPUS & CIVIL RIGHTS:** All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

### PART C
1. **CIVIL CATEGORY** (Place x in only applicable category).
   1. ( )  Antitrust and Securities Act Cases
   2. ( )  Labor-Management Relations
   3. ( )  Habeas Corpus
   4. ( )  Civil Rights
   5. ( )  Patent, Copyright, and Trademark
   6. ( )  Eminent Domain
   7. ( )  All other federal question cases
   8. (X)  All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest.
   9. ( )  Insurance indemnity, contract, and other diversity cases.
   10. ( )  Government Collection Cases (shall include HEW Student Loans (Education), VA Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, S.B.A. Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct.

Date: _Oct 28, 2002_

_____
ATTORNEY AT LAW

**NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.**