IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1407 |
| This document relates to: ) ) | |
| Alexander, Case No. 01-CV-2226; ) <br> Anders, Case No. 02-CV-2612; ) <br> Arias, Case No. 03-CV-0218; ) <br> Banks, Case No. 03-CV-0219; ) <br> Barnes, Case No. 03-CV-0442; ) <br> Booher, Case No. 03-CV-0433; ) <br> Bowman, Case No. 03-CV-0217; ) <br> Branson, Case No. 03-CV-0870; ) <br> Brisco, Case No. 03-CV-0212; ) <br> Cappiello, Case No. 03-CV-0458; ) <br> Clark, Case No. 03-CV-0458; ) <br> Croy, Case No. 03-CV-0230; ) <br> Davenport, Case No. 03-CV-0453; ) <br> Davis, Case No. 03-CV-0214; ) <br> Decora, Case No. 03-CV-0868; ) <br> Dunn, Case No. 03-CV-3422; ) <br> Frazier, Case No. 02-CV-0337; ) <br> Fryar, Case No. 01-CV-1875; ) <br> Gaines, Case No. 03-CV-1108; ) <br> Gaston, Case No. 03-CV-0465; ) <br> Gossett, Case No. 03-CV-2613; ) <br> Grady, Case No. 03-CV-0211; ) <br> Hall, Case No. 03-CV-0435; ) <br> Haller, Case No. 03-CV-0236; ) <br> Hunt, Case No. 03-CV-0216; ) <br> Hunter, Case No. 03-CV-0467; ) <br> Jackson, Case No. 01-CV-2225; ) <br> Johnson, Case No. 02-CV-1894; ) <br> Kimbrough, Case No. 03-CV-0605; ) <br> Knight, Case No. 03-CV-0454; ) <br> Luckett, Case No. 03-CV-2692; ) <br> Lynch, Case No. 03-CV-2693; ) <br> Maanum, Case No. 03-CV-0428; ) <br> Marcum, Case No. 03-CV-0220; ) <br> McBride, Case No. 03-CV-0447; ) <br> McDaniel, Case No. 03-CV-0430; ) <br> McKinley, Case No. 03-CV-0215; ) | **AMENDED DESIGNATION OF LAW FIRM FOR SERVICE OF PLEADINGS PURSUANT TO SUPPLEMENTAL ORDER RE: USE OF CASE MANAGEMENT ELECTRONIC CASE-FILING SYSTEM AND SERVICE OF PLEADINGS** |

1

| | |
|---|---|
| Moore, Case No. 03-CV-0434; | ) |
| Moos, Case No. 03-CV-0243; | ) |
| Morgan, Case No. 03-CV-0241; | ) |
| Neurauter, Case No. 03-CV-0232; | ) |
| Peterson, Case No. 03-CV-0459; | ) |
| Pringle, Case No. 03-CV-0464; | ) |
| Pudden, Case No. 03-CV-0436; | ) |
| Ritchie, Case No. 03-CV-0461; | ) |
| Rankin, Case No. 03-CV-2699; | ) |
| Roberson, Case No. 03-CV-0606; | ) |
| Robinson, Case No. 03-CV-0437; | ) |
| Schabbing, Case No. 03-CV-0451; | ) |
| Schlegel, Case No. 03-CV-1111; | ) |
| Spencer, Case No. 03-CV-0235; | ) |
| Smith, Case No. 03-CV-0221; | ) |
| Sprinkle, Case No. 03-CV-0238; | ) |
| Stotler, Case No. 02-CV-0339; | ) |
| Strazis, Case No. 01-CV-1655; | ) |
| Wright, Case No. 03-CV-0445; | ) |
| Zavadil, Case No. 03-CV-0432; | ) |
| | ) |

I, K. Elizabeth Middleton, certify as follows:

I am a lawyer with the firm of Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A, Mt. Pleasant, South Carolina 29464. My firm currently represents plaintiffs with claims against manufacturers of phenylpropanolamine [PPA] containing products in the PPA MDL Products Liability Litigation, MDL Docket No. 1407.

Pursuant to the terms of the January 21, 2004, Order, Thomas P. Gressette, Jr. of our firm previously declared our firm to be the designated law firm for the above related cases and requested that opposing counsel serve all related pleadings to Mr. Gressette.

The undersigned hereby request this Court amend that Notice and that henceforth opposing counsel serve all related pleadings to Ms. Middleton at the following address:

2

K. Elizabeth Middleton, Esquire
RICHARDSON, PATRICK,
  WESTBROOK & BRICKMAN, LLC

Mailing Address:   P.O. Box 1007
                   Mt. Pleasant, SC 29465

Physical Address:  1037 Chuck Dawley Boulevard, Building A
                   Mt. Pleasant, SC 29464

Telephone:         (843) 727-6500

Facsimile:         (843) 727-6642


July 14, 2004

Respectfully submitted,

By: _____
K. Elizabeth Middleton, Esquire
RICHARDSON, PATRICK,
 WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500

and _____
Thomas P. Gressette, Jr., Esquire
RICHARDSON, PATRICK,
 WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Designation of Law Firm for Service of Pleadings Pursuant to Supplemental Order Re: Use of Case Management Electronic Case-Filing System and Service of Pleadings for <u>In Re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL Docket No. 1407</u> has been served upon all counsel of record by via Court's CM/ECF electronic filing system and/or regular First Class United States Mail, with appropriate postage and properly addressed to each of the below listed counsel.

This 14th day of July 2004.

*/s/ Madison Howard*

Madison Howard
Paralegal
RICHARDSON, PATRICK,
 WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500

**SERVICE LIST:**

D. Joseph Hurson, Esquire
LANE, POWELL, SPEARS,
 LUBFERSKY, LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101-2338

Douglas A. Hofmann, Esquire
WILLIAMS, KASTNER & GIBBS, PLLC
P.O. Box 21926
Seattle, WA 98111-3926

Lance Palmer, Esquire
LEVISON FRIEDMAN
720 3rd Avenue, Suite 1800
Seattle, WA 98104-1845

Ellen Rosen Rogoff, Esquire
Jana M. Landon, Esquire
Daniel Fitch, Esquire
Joseph McHale, Esquire
STRADLEY, RONON,
 STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Mark A. Willard, Esquire
Willis A. Siegfried, Esquire
Michael R. Borasky, Esquire
ECKERT, SEAMANS,
 CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

4

Robert N. Spinelli, Esquire
KELLEY, JASONS,
   McGUIRE & SPINELLI, LLP
Centre Square West, Suite 1500
1500 Market Street
Philadelphia, PA 19102

Louis A. Bove, Esquire
Nancy H. No, Esquire
Jay Green, Esquire
BODELL, BOVE,
   GRACE & VAN HORN, PC
One Penn Square West, 6th Floor
30 South 15th Street
Philadelphia, PA 19102

Clifford H. Lange, Esquire
P.O. Box 992
Murray Hill, NJ 07974

Eric L. Probst, Esquire
Carlos Manalanson, Esquire
PORZIO, BROMBERG & NEWMAN, PC
100 Southgate Parkway
Morristown, NJ 07962

Frank Fazio, Esquire
PORZIO, BROMBER & NEWMAN, PC
156 West 56th Street
New York, NY 10019

Kevin R. Gardner, Esquire
CONNELL FOLEY
85 Livingston Avenue
Roseland, NJ 07068

Reetu Dandora, Esquire
REED SMITH, LLP
2500 One Liberty Place
1560 Market Street
Philadelphia, PA 19103

J. Mark Jones, Esquire
NELSON, MULLINS,
   RILEY & SCARBOROUGH, LLP
Keenan Building, 3rd Floor
1330 Lady Street
Columbia, SC 29201

Thomas M. Kelly, Esquire
TANSEY, FANNING, HAGGERTY,
   KELLY, CONVERY & TRACY
521 Green Street
Woodbridge, NJ 07095

Tina A. Jordon, Esquire
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
33 Washington Street
Newark, NJ 07102

Albert G. Bixler, Esquire
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
1515 Market Street, Ninth Floor
Philadelphia, PA 19102

Timothy Blue, Esquire
WILLIAMS KASTNER & GIBBS PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WA 98101-1368

Cathy K. Condo, Esquire
REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Timothy I. Duffy, Esquire
MCELROY, DEUTSCH &
MULVANEY, LLP
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, NJ 07962-2075

Danielle E. Finck, Esquire
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-3598

Susan M. Sharko, Eqsuire
Timothy J. Fraser, Esquire
DRINKER BIDDLE & REATH, LLP
500 Campus Drive
Florham Park, NJ 07932

Brigid M. Carpenter, Esquire
BAKER, DONELSON,
 BEARMAN & CALDWELL, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201

Michael J. Powell, Esquire
BAKER, DONELSON,
 BEARMAN & CALDWELL, PC
Five Concourse Parkway, Suite 900
Atlanta, GA 30328

John L. Coble, Esquire
MARSHALL, WILLIAMS & GORHAM, LLP
14 South Fifth Avenue
Wilmington, NC 28401

Timothy I. Duffy, Esquire
COUGHLIN DUFFY, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962-1917

Stuart M. Gordon, Esquire
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Nicole E. Krasney, Esquire
Adam Zaffos, Esquire
FULBRIGHT & JAWORSKI, LLP
865 South Figueroa Street
Twenty-Ninth Floor
Los Angeles, CA 90017-2576

James A. Willwhite, Jr., Esquire
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
123 South. Broad Street
Philadelphia, PA 19109

Luke Dove, Esquire
DOVE & CHILL
4266 I-55 North, Suite 108
Jackson, MC 39211

William M. Dalehite, Jr., Esquire
STEEN DALEHITE & PLACE
P.O. Box 900
Jackson, MC 39205-0900

Frank A. Woods, Jr., Esquire
WATKINS & EAGER, PLLC
P.O. Box 650
Jackson, MS 39205-0650

Brooks Buchanan, Esquire
Charles F. Morrow, Esquire
Donna Brown Jacobs, Esquire
BUTLER, SNOW, O'MARA,
 STEVEN & CANNADA
P.O. Box 22567
Jackson, MS 39225

Dianna Baker Shew, Esquire
STITES & HARBISON
424 Church St., Suite 1800
Nashville, TN 37219

J.D. Shaw, Esquire
WATKINS LUDLAM,
 WINTER & STENNIS, P.A.
633 North State Street
Jackson, MS 39202

C. Crews Townsend, Esquire
Miller & Martin, LLP
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402-2289

John Bryant, Esquire
Walker Bryant Tipps & Malone
2300 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219-2424

Stephania Camp Denton, Esquire
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA 98104-1064

Tina C. Jones, Esquire
WOMBLE, CARLYLE,
 SANDRIDGE & RICE, PLLC
P.O. Box 831
Raleigh, NC 27602

Leslie O'Toole, Esquire
Richard W. Ellis, Esquire
ELLIS & WINTERS, LLP
P.O. Box 33550
Raleigh, NC 27636

Jeffrey S. Lichtman, Esquire
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036-6522

Daniel B. White, Esquire
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603

Paul J. Delcambre, Jr., Esquire
BALCH & BINGHAM
P.O. Box 130
Gulfport, MS 39502

R. Pepper Crutcher, Jr., Esquire
Scott E. Andress, Esquire
BLALCH & BINGHAM
P.O. Box 22587
Jackson, MS 39225